**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| RHONDA MILLER, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION No. 24-00453-KD-N |
| | ) |
| OREILLY AUTO PARTS #1084 | ) |
|     Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge dated December 4, 2025 (Doc. 7) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff Rhonda Miller's complaint is **DISMISSED without prejudice** for failure to prosecute, under both Rule 41(b) and the Court's inherent authority.

**DONE** and **ORDERED** this **5th** day of **January 2026**.

                                                /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**